### Mark A. Lathrop *v.* Kimberly-Clark
### Corporation et al.
### (9597)

Dupont, C. J., Spallone and O'Connell, Js.

Argued May 2—decision released May 28, 1991

*Brewster Blackall,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attor-

ney general, and *Charles A. Overend* and *Cori-Lynn S. Webber,* assistant attorneys general, for the appellant (defendant second injury and compensation assurance fund).

*Philip F. Spillane,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.